**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|                 Plaintiff, ) | No.  06-0133M |
| vs. ) | **ORDER** |
| Mario Perez-Ramirez, ) | |
|                 Defendant. ) | |

Pending before the Court is Plaintiff's Motion to Vacate Video Depositions (Doc. #8), and upon good cause shown,

**IT IS HEREBY ORDERED** granting Plaintiff's Motion to Vacate Video Depositions (Doc. #8) currently scheduled for April 21, 2006, at 10:00 a.m.

DATED this 19th day of April, 2006.

David K. Duncan
United States Magistrate Judge